(V. D. 52)

COMPASS INSTRUMENT & OPTICAL CO., INC. *v.* UNITED STATES

Entry No. 851505.

(Decided November 27, 1957)

*Brooks & Brooks* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This is a valuation proceeding which arose by reason of a judgment rendered by the first division of this court in the case of *Astra Trading Corp. et al.* v. *United States*, 37 Cust. Ct. 433, Abstract 60401. By that judgment under the terms of the statute (28 U. S. C. § 2636 (d)), the matter was remanded to a single judge for determination of the value of the merchandise in the manner provided by law. The proceeding has been abandoned by counsel for the importer. It is, therefore, dismissed.

Judgment will be entered accordingly.